## DYESS *et al.* v. STUBBS *et al.*

EVANS, P. J. The excerpts from the charge were not subject to the criticisms made of them. The evidence to which objection was taken, even if irrelevant as urged, was not of such a character as was prejudicial to the complaining party. The evidence authorized the verdict.

> *Judgment affirmed. All the Justices concur.*
> NOVEMBER 13, 1913.

Equitable petition. Before Judge Sheppard. Tattnall superior court. August 20, 1912.

*Way & Burkhalter* and *Hines & Jordan,* for plaintiffs.
*H. B. Strange* and *H. H. Elders,* for defendants.

---

## FOOTE *v.* SMITH.

This case being for decision by a full bench of six Justices, who are evenly divided in opinion (Chief Justice Fish, Presiding Justice Evans, and Justice Lumpkin being in favor of reversal, and Justices Beck, Atkinson, and Hill being in favor of affirmance), the judgment of the court below stands affirmed by operation of law.

> NOVEMBER 13, 1913.

Action for damages. Before Judge Morris. Gilmer superior court. October 6, 1912.

*A. N. Edwards,* for plaintiff.
*A. H. Burtz* and *D. W. Blair,* for defendant.